124 A.3d 694

IN THE MATTER OF ERIC B. BAILEY, AN ATTORNEY
AT LAW (ATTORNEY NO. 033152005).

November 12, 2015.

## ORDER

This matter having been opened to the Court by the Director of the Office of Attorney Ethics and with the consent of **ERIC B. BAILEY** of **WESTFIELD,** who was admitted to the bar of this State in 2006, to be transferred to disability inactive status pursuant to *Rule* 1:20–12,

And the Office of Attorney Ethics and respondent having agreed that respondent lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **ERIC B. BAILEY** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court;  and it is further

ORDERED that **ERIC B. BAILEY,** is hereby restrained from practicing law during the period that he remains on disability inactive status;  and it is further

ORDERED that **ERIC B. BAILEY** comply with *Rule* 1:20–20 governing incapacitated attorneys.